IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

ANDREW DRAKE,

         Plaintiff,

v.

AEROTEK, INC.,

         Defendant.

ORDER

16-cv-301-bbc

---

At the June 7, 2016 unrecorded telephonic preliminary pretrial conference with counsel for both parties, the court took these actions:

(1) Plaintiff's response deadline to defendant's summary judgment motion (dkt. 8) is stricken.

(2) Defendant's response deadline to plaintiff's motion to stay discovery (dkt. 14) is stricken.

(3) Not later than June 17, 2016, plaintiff must serve all discovery requests on defendant and on third-party Omnivore Executive Search for information that plaintiff in good faith contends he must have in order to respond adequately to defendant's pending motion for summary judgment.

(4) Not later than June 24, 2016 defendant and Omnivore must file with the court their objections to providing substantive responses to the requested discovery at this time.

(5) Not later than July 1, 2016, plaintiff must provide his Rule 56(d) affidavit or declaration showing that the discovery to which defendant and Omnivore object is essential to justify his opposition to the pending summary judgment motion.

(6) The court has not scheduled a reply for defendant or Omnivore, but they may promptly seek leave to reply for good cause shown.

(7) As a placeholder, trial to the court is set for August 7, 2017 at 9:00 a.m.

Entered this 7th day of June, 2016.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge